**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| SANTIAGO RAYA on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, LLC, a Delaware Limited Liability Company; GOLDEN STATE FC, LLC, a Delaware Limited Liability Company and, DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 15-CV-02005 MMC**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br>Complaint filed:   March 18, 2015<br>Trial date:           None set |

1  PURSUANT TO THE PARTIES STIPULATION REQUESTING A CONTINUANCE OF

2  THE CASE MANAGEMENT CONFERENCE, THE COURT HEREBY ORDERS:

3     1.   That the Case Management Conference, currently set for October 2, 2015, be continued

4  until ~~December 1,~~ December 4, 2015 at 10:30 a.m.;

5     2.   The parties shall file an updated Joint Case Management Conference Statement no later

6  than November 25, 2015 ~~7 days prior to the new date for this Case Management Conference~~.

7     3.   Plaintiff shall either dismiss his individual meal break claim, with prejudice, and the

8  proposed class/representative claim predicated thereon, without prejudice, or file a motion for leave

9  to amend the complaint to replace the named plaintiff on the meal break claim no later than October

10 16, 2015.

11    4.   At the parties' joint request, the case is hereby REFERRED to Magistrate Judge

12 Paul Singh Grewal for a Settlement Conference to be conducted within the next 45 days or

13 as soon thereafter as his schedule will permit.

15 Dated: September 30, 2015                                 _____
                                                            HON. MAXINE M. CHESNEY
16                                                          U.S. DISTRICT COURT JUDGE