Sahag Majarian, II, Esq. (SBN 146621)
  sahagii@aol.com
**LAW OFFICES OF SAHAG MAJARIAN II**
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Isam C. Khoury (SBN 58759)
  ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
  msinger@ckslaw.com
J. Jason Hill (SBN 179630)
  jhill@ckslaw.com
**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, California 92101
Telephone: (619) 595-3001
Facsimile: (619) 595-3000

Attorneys for Plaintiff SANTIAGO RAYA
on behalf of himself and all others similarly situated.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SANTIAGO RAYA on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>AMAZON.COM, LLC, a Delaware Limited Liability Company; GOLDEN STATE FC, LLC, a Delaware Limited Liability Company and, DOES 1 through 10, inclusive,<br><br>    Defendants. | **CASE NO. 15-CV-02005 MMC**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF MEAL BREAK CLAIM**<br><br>Complaint filed: March 18, 2015<br>Trial date: None set |

1  **IT IS HEREBY STIPULATED AND REQUESTED** by and between the parties in this action, through their counsel of record, Isam C. Khoury, Michael D. Singer and J. Jason Hill of Cohelan Khoury & Singer and the Law Offices of Sahag Majarian II, attorneys for Plaintiff SANTIAGO RAYA ("Plaintiff") and Richard G. Rosenblatt and Theresa C. Mak of Morgan, Lewis & Bockius LLP, attorneys for Defendants AMAZON.COM, LLC and GOLDEN STATE FC, LLC (collectively "Defendants"), that Plaintiff hereby dismisses his individual First Cause of Action for failure to provide second meal periods, with prejudice, and his proposed class/representative claims predicated thereon, without prejudice.

The Parties shall bear their own respective attorneys' fees and costs of suit incurred in connection with the dismissal of Plaintiff's Meal Break claim.

**IT IS SO STIPULATED.**

Dated: October 16, 2015

**LAW OFFICES OF SAHAG MAJARIAN II**
**COHELAN KHOURY & SINGER**

By:   *s/J. Jason Hill*
          J. Jason Hill

Attorneys for Plaintiff SANTIAGO RAYA

Dated: October 16, 2015

**MORGAN, LEWIS & BOCKIUS LLP**

By:   */s/ Theresa Mak*
          Theresa Mak

Attorneys for Defendants AMAZON.COM, LLC and GOLDEN STATE FC, LLC

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Jason Hill, attest that concurrence in the filing of this stipulation has been obtained from the above persons who stipulated to the filing of this instrument.

/s/ J. Jason Hill
J. Jason Hill
Counsel to Plaintiff SANTIAGO RAYA

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, THE COURT HEREBY dismisses Plaintiff's individual |
| 3 | First Cause of Action for failure to provide second meal periods, with prejudice, and Plaintiff's |
| 4 | proposed class/representative claim predicated on his First Cause of Action for failure to provide |
| 5 | second meal periods, without prejudice. |
| 6 | **IT IS SO ORDERED.** |
| 8 | Dated: October 19, 2015 |
| 9 | HON. MAXINE M. CHESNEY<br>U.S. DISTRICT COURT JUDGE |