| | |
|---|---|
| **LAW OFFICES OF SAHAG MAJARIAN II**<br>Sahag Majarian, II, Esq. (SBN 146621)<br>　　　sahagii@aol.com<br>18250 Ventura Blvd.<br>Tarzana, CA 91356<br>Tel.:　(818) 609-0807<br>Fax:　(818) 609-0892<br><br>**COHELAN KHOURY & SINGER**<br>Isam C. Khoury (SBN 58759)<br>　　　ikhoury@ckslaw.com<br>Michael D. Singer (SBN 115301)<br>　　　msinger@ckslaw.com<br>J. Jason Hill (SBN 179630)<br>　　　jhill@ckslaw.com<br>605 C Street, Suite 200<br>San Diego, California 92101<br>Tel.:　(619) 595-3001<br>Fax:　(619) 595-3000<br><br>Attorneys for Plaintiff **SANTIAGO RAYA** on behalf of himself and all others similarly situated. | **MORGAN, LEWIS & BOCKIUS LLP**<br>ERIC MECKLEY (SBN 168181)<br>emeckley@morganlewis.com<br>THERESA MAK (SBN 211435)<br>tmak@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel.:　1+415.442.1000<br>Fax:　1+415.442.1001<br><br>RICHARD G. ROSENBLATT, admitted *pro hac vice*<br>rrosenblatt@morganlewis.com<br>JOSEPH A. NUCCIO, admitted *pro hac vice*<br>jnuccio@morganlewis.com<br>502 Carnegie Center<br>Princeton, NJ 08540-6241<br>Tel.:　1+609.919.6600<br>Fax:　1+609.919.6701<br><br>Attorneys for Defendants<br>**AMAZON.COM, LLC** and<br>**GOLDEN STATE FC, LLC** |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SANTIAGO RAYA on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, LLC, a Delaware Limited Liability Company;  GOLDEN STATE FC, LLC, a Delaware Limited Liability Company and, DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **CASE NO. 15-CV-02005 MMC**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 4, 2015 CASE MANAGEMENT CONFERENCE**<br><br><br>Complaint filed:　　March 18, 2015<br>Trial date:　　None set |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 4, 2015 CMC
CASE NO. 15-CV-02005 MMC

Plaintiff SANTIAGO RAYA ("Plaintiff") and Defendants AMAZON.COM, LLC and GOLDEN STATE FC, LLC (collectively "Defendants"), through their respective counsel of record, enter into the following stipulation:

1. WHEREAS, on September 30, 2015, the Court ordered that parties to engage in a settlement conference with Magistrate Judge Paul Singh Grewal within 45 days of the order and return for a case management conference on December 4, 2015 at 10:30 a.m.;

2. WHEREAS, due to Judge Grewal's limited availability and the schedule of the parties and their counsel, the earliest the parties are able to schedule a settlement conference with Judge Grewal is January 7, 2016;

3. WHEREAS, the parties likely will not have any substantive update or information to report to the Court prior to the settlement conference on January 7, 2016;

THEREFORE, the parties request the Court continue the December 4, 2015 case management conference to February 5, 2016, or as soon thereafter as the Court's calendar permits, to allow the parties to engage in the January 7, 2016 settlement conference with Judge Grewal and conduct follow-up discussions or other work as needed.

**IT IS SO STIPULATED.**

Dated: October 28, 2015

**LAW OFFICES OF SAHAG MAJARIAN II
COHELAN KHOURY & SINGER**

By: */s/ J. Jason Hill*
       J. Jason Hill

Attorneys for Plaintiff SANTIAGO RAYA

Dated: October 28, 2015

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Theresa Mak*
       Theresa Mak

Attorneys for Defendants AMAZON.COM, LLC and GOLDEN STATE FC, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)

I, Theresa Mak, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Plaintiff's counsel, J. Jason Hill, concurs in this filing.

>        */s/ Theresa Mak*
>        Theresa Mak
>        Counsel to Defendants AMAZON.COM, LLC AND GOLDEN STATE FC, LLC

**[PROPOSED] ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the December 4, 2015 case management conference is continued to February 5, 2016 at 10:30 a.m.  The parties shall file a joint case management conference statement due no later than January 27, 2016.

**IT IS SO ORDERED.**

Dated: October 28, 2015

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE