IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO RAYA,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, LLC, et al.,<br><br>    Defendants. | No. C-15-2005 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE** |

    The Court is in receipt of the parties' Joint Case Management Statement, filed January 27, 2016, in which the parties state they are presently engaged in good-faith negotiations and request that the Case Management Conference currently set for February 5, 2016, be continued "until after February 29, 2016." Good cause having been shown, the parties' request is hereby GRANTED, and the Case Management Conference is hereby CONTINUED to March 11, 2016. A Joint Case Management Statement shall be filed no later than March 4, 2016.

    In light of the above, plaintiff's "Request for Telephonic Appearance at Case Management Conference," filed January 27, 2016, is hereby DENIED as moot.

    **IT IS SO ORDERED.**

Dated: January 28, 2016

                                                    MAXINE M. CHESNEY
                                                    United States District Judge