IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO RAYA,<br><br>　　　　Plaintiff,<br>　v.<br>AMAZON.COM, LLC, et al.,<br>　　　　Defendants. | No. C-15-2005 MMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE GREWAL FOR ALL FURTHER PROCEEDINGS UPON CONSENT** |

All parties having consented to assignment of the above-titled matter to a United States Magistrate Judge (see Doc. Nos. 46, 47), specifically, Magistrate Judge Paul S. Grewal (see Doc. No. 45), the above-titled action is hereby REFERRED to Magistrate Judge Grewal for all further proceedings and entry of judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.  See 28 U.S.C. § 636(c).

**IT IS SO ORDERED.**

Dated: March 9, 2016

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge