1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| SANTIAGO RAYA, individually and on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, LLC, a Delaware Limited Liability Company; GOLDEN STATE FC, LLC, a Delaware Limited Liability Company and, DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 15-CV-02005 MMC**<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** ORDER VACATING CASE MANAGEMENT CONFERENCE<br><br>Date:   March 11, 2016<br>Time:  10:30 a.m.<br>Ctrm:  7<br>Hon. Maxine M. Chesney<br><br>Complaint filed:   March 18, 2015<br>Trial date:        None set |

1  Pursuant to the Parties' Stipulated Joint Motion to Vacate Case Management Conference,
2 and for good cause shown, the Court hereby Orders as follows:
3  1. The Case Management Conference currently set for March 11, 2016 at 10:30 a.m.
4 is hereby vacated.
5  2. All further proceedings, including the Motions for Preliminary and Final Approval
6 of Class Action Settlement, shall be conducted through the Honorable Magistrate Paul S. Grewal.
7 IT IS SO ORDERED.
8 Dated: March 9, 2016

HON. MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE