IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO RAYA,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM LLC, et al.,<br><br>        Defendants. | Case No. 15-cv-02005-MMC<br><br>**ORDER VACATING JULY 22, 2016 CASE MANAGEMENT CONFERENCE** |

At the parties' request, in light of the Preliminary Approval hearing scheduled for Friday, July 22, 2016, the Case Management Conference scheduled for later that same date is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 20, 2016

MAXINE M. CHESNEY
United States District Judge