| | |
|---|---|
| **LAW OFFICES OF SAHAG MAJARIAN II**<br>Sahag Majarian, II, Esq. (SBN 146621)<br>　　sahagii@aol.com<br>18250 Ventura Blvd.<br>Tarzana, CA 91356<br>Tel.:　(818) 609-0807<br>Fax:　(818) 609-0892<br><br>**COHELAN KHOURY & SINGER**<br>Isam C. Khoury (SBN 58759)<br>　　ikhoury@ckslaw.com<br>Michael D. Singer (SBN 115301)<br>　　msinger@ckslaw.com<br>J. Jason Hill (SBN 179630)<br>　　jhill@ckslaw.com<br>605 C Street, Suite 200<br>San Diego, California 92101<br>Tel.:　(619) 595-3001<br>Fax:　(619) 595-3000<br><br>Attorneys for Plaintiff **SANTIAGO RAYA** on behalf of himself and all others similarly situated. | **MORGAN, LEWIS & BOCKIUS LLP**<br>ERIC MECKLEY (SBN 168181)<br>emeckley@morganlewis.com<br>THERESA MAK (SBN 211435)<br>tmak@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel.:　1+415.442.1000<br>Fax:　1+415.442.1001<br><br>RICHARD G. ROSENBLATT, admitted *pro hac vice*<br>rrosenblatt@morganlewis.com<br>JOSEPH A. NUCCIO, admitted *pro hac vice*<br>jnuccio@morganlewis.com<br>502 Carnegie Center<br>Princeton, NJ 08540-6241<br>Tel.:　1+609.919.6600<br>Fax:　1+609.919.6701<br><br>Attorneys for Defendants<br>**AMAZON.COM, LLC** and<br>**GOLDEN STATE FC, LLC** |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SANTIAGO RAYA on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, LLC, a Delaware Limited Liability Company;  GOLDEN STATE FC, LLC, a Delaware Limited Liability Company and, DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **CASE NO. 15-CV-02005 MMC**<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><br>Complaint filed:　　March 18, 2015<br>Trial date:　　　　None set |

Plaintiff SANTIAGO RAYA ("Plaintiff") and Defendants AMAZON.COM, LLC and GOLDEN STATE FC, LLC (collectively "Defendants"), through their respective counsel of record, jointly stipulate and respectfully request as follows:

1. WHEREAS, the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement is currently scheduled for 9 a.m. on July 22, 2016;

2. WHEREAS, lead defense counsel Richard G. Rosenblatt, who is the sole counsel representing Defendants who was involved in all negotiations through Judge Grewal and, thereby, has the most personal and direct knowledge regarding the negotiation of the proposed settlement, resides and works in New Jersey;

3. WHEREAS, Mr. Rosenblatt had planned to appear at the July 22, 2016 hearing in person;

4. WHEREAS, Mr. Rosenblatt currently is suffering from an upper respiratory illness that will make it very difficult for him to travel cross country and back;

THEREFORE, the parties stipulate and respectfully request that the Court continue the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement by one (1) week to July 29, 2016 at 9 a.m.

**IT IS SO STIPULATED.**

Dated: July 20, 2016

**LAW OFFICES OF SAHAG MAJARIAN II**
**COHELAN KHOURY & SINGER**

By:  */s/ J. Jason Hill*
         J. Jason Hill

Attorneys for Plaintiff SANTIAGO RAYA

Dated: July 20, 2016

**MORGAN, LEWIS & BOCKIUS LLP**

By:  */s/ Theresa Mak*
         Theresa Mak

Attorneys for Defendants AMAZON.COM, LLC and GOLDEN STATE FC, LLC

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Theresa Mak, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Plaintiff's counsel, J. Jason Hill, concurs in this filing.

> */s/ Theresa Mak*
> Counsel to Defendants AMAZON.COM, LLC and GOLDEN STATE FC, LLC

**[PROPOSED] ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement is continued to Friday, July 29, 2016 at 9 a.m.

**IT IS SO ORDERED.**

Dated: July 21, 2016

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE