IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO RAYA, et al., | No. C-15-2005 MMC |
| Plaintiffs, | **ORDER RE: PROPOSED CLASS NOTICE AND PROPOSED CLAIM FORM; DIRECTIONS TO PARTIES** |
| v. | |
| AMAZON.COM, LLC, et al., | |
| Defendants. | |

Before the Court are the parties' (1) proposed Notice of Class Action Settlement ("Class Notice"), and (2) proposed Claim Form, each filed August 4, 2016, as Exhibits 1 and 2, respectively, to the Declaration of J. Jason Hill. By separate order filed concurrently herewith, the Court has granted preliminary approval of the parties' settlement agreement and has directed the parties to give notice of the settlement to the class.

The parties are hereby advised that the Class Notice and Claim Form attached as exhibits to the Court's order differ from the parties' proposed Class Notice and Claim Form as follows.

**A.  Class Notice**

1. On page 1, in the first paragraph, the phrase "*[Date of Preliminary Approval]*" has been deleted.

2. On page 1, in the section titled "Do Nothing," the phrase "you will release your

claims" has been substituted for the phrase "you will release claims."

    3. On page 1, in the section titled "Do Nothing," the reference to "Section 13" has been corrected to "Section 12."

    4. On page 1, in the second bullet point, the word "settlement" has been capitalized.

    5. On page 3, in the section titled "Why did I get this notice packet?," the phrase "*[date of preliminary approval]*" has been deleted.

    6. On page 4, in the section titled "Who are the Parties in this Lawsuit?," the phrase "*[date of preliminary approval]*" has been deleted.

    7. On page 5, in the second full paragraph, a period has been added at the end of the second sentence.

    8. On page 6, in the section titled "What do I do if my number of Wage Statements is wrong?," the phrase "*[Date of Preliminary Approval]*" has been deleted.

**B. Claim Form**

    1. On page 1, in the first paragraph, the reference to the "Settlement Administrator" has been changed to the "Claims Administrator."

    The parties are hereby DIRECTED to include such revisions in the Class Notice and Claim Form sent to the class.

    **IT IS SO ORDERED.**

Dated: August 5, 2016

                                            MAXINE M. CHESNEY
                                            United States District Judge