**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| SANTIAGO RAYA on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, LLC, a Delaware Limited Liability Company; GOLDEN STATE FC, LLC, a Delaware Limited Liability Company and, DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 15-CV-02005 MMC**<br><br>**CLASS ACTION**<br><br>**AMENDED ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVING CLASS NOTICE AND CLAIM FORM, AND RE-SETTING FINAL FAIRNESS HEARING**<br><br>Complaint filed:   March 18, 2015<br>Trial date:   None set |

1. The Court, having fully reviewed (1) the Motion for Order Granting Preliminary Approval of Class Action Settlement, (2) the supporting Points and Authorities, (3) the Declarations of Class Counsel Isam C. Khoury and Sahag Majarian II, (4) the Declaration of Plaintiff Santiago Raya, (5) the Amended Joint Stipulation of Settlement and Release ("Amended Stipulation of Settlement"), Notice of Class Action Settlement, and Claim Form, each of which is attached hereto, and (6) the Proposed Amended Order Granting Preliminary Approval, and in recognition of the Court's duty to make a preliminary determination as to the reasonableness of any proposed class action settlement and, if preliminarily determined to be reasonable, to ensure proper notice is provided to Class Members in accordance with due process requirements, and to conduct a Final Approval hearing as to the good faith, fairness, adequacy and reasonableness of any proposed settlement, HEREBY MAKES THE FOLLOWING DETERMINATIONS AND ORDERS:

1.  The Court finds, on a preliminary basis, that the Amended Stipulation of Settlement incorporated in full by this reference and made a part of this Amended Order Granting Preliminary Approval, is within the range of reasonableness of a settlement which could ultimately be given final approval by this Court. The Court notes that Defendants Amazon.com, LLC and Golden State FC, LLC ("Defendants") have agreed to pay the Maximum Settlement Amount of $600,000 in full satisfaction of the claims as more specifically described in the Amended Stipulation of Settlement.

2.  The Court also finds that, on a preliminary basis, the Settlement is fair and reasonable to Class Members when balanced against the probable outcome of further litigation relating to the class action certification, liability and damages issues, and potential appeals of rulings. The Court further finds that significant investigation, research, litigation and formal/informal discovery have been conducted such that Counsel for the Parties are able to reasonably evaluate their respective positions. The Court further finds that Settlement at this time will avoid substantial costs, delay and risks that would be presented by the further prosecution of the litigation, and that the proposed Settlement has been reached as the result of intensive, informed and non-collusive negotiations between the Parties. ACCORDINGLY, GOOD CAUSE APPEARING, THE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT IS HEREBY GRANTED.

3. As a part of said preliminary approval, the Court hereby accepts and incorporates the Parties' Amended Stipulation of Settlement and hereby conditionally certifies the following class of persons, for settlement purposes only, pursuant to the terms and conditions contained in said Amended Stipulation of Settlement:

> All persons employed by Golden State FC, LLC in California, in a Warehouse Associate position, at any time during the period from March 18, 2014 through and including August 5, 2016.

4. The Court approves and appoints Plaintiff Santiago Raya as the Class Representative.

5. The Court approves and appoints Cohelan Khoury & Singer and the Law Offices of Sahag Majarian II as Class Counsel.

6. The Court approves and appoints Rust Consulting, Inc. as the Claims Administrator to administer the Settlement pursuant to the terms of the Amended Stipulation of Settlement.

7. The Court finds that the Notice of Class Action Settlement ("Notice") and the Claim Form attached to this Order advise of the pendency of the Class Action, of the proposed Settlement, of the preliminary Court approval of the proposed Settlement, claim submission timing and procedures, objection timing and procedures, and of the Final Approval hearing date. The Court further finds that these documents fairly and adequately advise Class Members of the terms of the proposed Settlement and the rights and benefits available to Class Members thereunder, and of the Final Approval hearing and the right to file documentation in support of or in opposition to the Settlement and to appear in connection with said hearing. The Court further finds that the Notice and Claim Form clearly comport with all constitutional requirements including those of due process. ACCORDINGLY, GOOD CAUSE APPEARING, THE COURT HEREBY APPROVES (1) THE PROPOSED NOTICE OF CLASS ACTION SETTLEMENT, AND (2) THE PROPOSED CLAIM FORM ATTACHED AS EXHIBITS HERETO;

8. The Court finds that the mailing to the present and last known address of the members of the above-named Class constitutes an effective method of notifying Class Members of

their rights with respect to the Class Action and Settlement.  ACCORDINGLY, IT IS HEREBY ORDERED that:

    A.    No later than August 26, 2016, Defendant shall forward to the appointed Claims Administrator, Rust Consulting, Inc., the Class Data (formatted as a Microsoft Office Excel spreadsheet) which will include for each Class Member the following:  (1) full name; (2) last known address and telephone number to the extent available in Defendant's business records; (3) social security number; and (4) dates of employment;

    B.    No later than October 7, 2016, Rust Consulting, Inc., shall mail to each Class Member, by first class, postage pre-paid, the Notice of Class Action Settlement, Claim Form, and pre-printed, postage paid return envelope (collectively the "Notice Packet");

    C.    All mailings shall be made to the present and/or last known mailing address of the Class Members based on Defendant's records, as well as addresses that may be updated and located by the Claims Administrator who will conduct standard address searches in cases of returned mail as set forth in the Amended Stipulation of Settlement.  The Court finds and so orders that the mailing of the Notice Packet to Class Members as set forth in this paragraph is the best means practicable by which to reach Class Members and is reasonable and adequate pursuant to all constitutional and statutory requirements including all due process requirements; and

    9.    IT IS FURTHER ORDERED that:

    A.    On or before December 6, 2016, Claims Forms must be postmarked and mailed to the Claims Administrator;

    B.    On or before December 6, 2016, Class Members who wish to challenge Defendant's records, must submit a challenge in writing to the Claims Administrator;

    C.    On or before December 6, 2016, Class Members who wish to "opt-out" and exclude themselves from the Settlement must submit a written Request for Exclusion from the Settlement bearing a post-mark from a date on or before December 6, 2016.  The Request for Exclusion must: (1) state the Class Member's name, last four digits of Social Security Number, address and telephone number, (2) state that the Class Member requests exclusion from, or "opts out" of, the Settlement, (3) be dated, and (4) be signed by the Class Member. Requests for Exclusion must

be made individually and cannot be made on behalf of a group of employees or on behalf of other Class Members;

    D.    No later than December 6, 2016, all Class Member Objections to the Settlement must be filed with the District Court and served upon all counsel of record for the Parties;

    E.    No later than December 6, 2016, all Class Member Notices of Intent to Appear at the Final Approval Hearing must be filed with the District Court and served upon all counsel of record for the Parties; and

    F.    No later than January 6, 2017, the Parties shall file a response to any objections submitted by objecting Class Members.

10.    IT IS FURTHER ORDERED that the Final Approval hearing shall be held before the undersigned at 9:00 a.m. on February 3, 2017, in the above-entitled Court to consider the fairness, adequacy and reasonableness of the proposed Settlement preliminarily approved by this Amended Order of Preliminary Approval, and to consider the application of Class Counsel for an award of reasonable attorneys' fees and litigation expenses, Class Representative service enhancement to Plaintiff, and for the Claims Administration expenses incurred.

11.    IT IS FURTHER ORDERED that any Party to this case, including Class Members, may appear at the Final Approval hearing in person or by counsel, and may be heard to the extent allowed by the Court, in support of or in opposition to the Court's determination of the good faith, fairness, reasonableness and adequacy of the proposed Settlement, the requested attorneys' fees and litigation expenses, class representative enhancement payment and claims administration payment, and any Order Granting Final Approval and Judgment regarding such Settlement; provided, however, that no person, except Class Counsel and Counsel for Defendant, shall be heard in opposition to such matters unless such person has first complied with the conditions for appearing at the Final Approval hearing, as set forth in the Amended Notice of Class Action Settlement which conditions are incorporated herein.

12.    IT IS FURTHER ORDERED that all briefs in support of the proposed Settlement and the Final Approval hearing shall be served and filed with the Court on or before January 6, 2017.

13.  IT IS FURTHER ORDERED that all briefs in support of Class Counsels' requests for awards of attorneys' fees and litigation costs, Class Representative service enhancement, and Claims Administration expenses shall be served and filed with the Court on or before November 11, 2016.

14.  IT IS FURTHER ORDERED that if, for any reason, the Court does not execute and file an Order Granting Final Approval and Judgment, or if the Effective Final Settlement Date, as defined by the Amended Stipulation of Settlement, does not occur for any reason whatsoever, the Amended Stipulation of Settlement and the proposed Settlement subject of this Order and all evidence and proceedings had in connection therewith, shall be null and void and without prejudice to the *status quo ante* rights of the Parties to the litigation as more specifically set forth in the Amended Stipulation of Settlement.

15.  IT IS FURTHER ORDERED that, pending further order of this Court, all proceedings in this matter except those contemplated herein and in the Amended Stipulation of Settlement are stayed.

16.  The Court expressly reserves the right to adjourn or continue the Final Approval hearing from time-to-time without further notice to the Class.

IT IS SO ORDERED.

Dated:  September 27, 2016

_____
The Honorable Maxine M. Chesney
Judge of the United States District Court
For the Northern District of California,
San Francisco Division

DB1/ 89181115.1