IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTIAGO RAYA,

    Plaintiff,

    v.

AMAZON.COM LLC, et al.,

    Defendants.

Case No. 15-cv-02005-MMC

**SECOND ORDER RE: PROPOSED CLASS NOTICE; DIRECTIONS TO PARTIES**

    Before the Court is the parties' proposed Notice of Class Action Settlement ("Class Notice"), filed September 13, 2016, as Exhibit 2 to the parties' proposed amended order granting preliminary approval of the class settlement.  By separate order filed concurrently herewith, the Court has granted preliminary approval of the parties' amended settlement agreement, approved the amended claim form and, with the below-listed changes, the Class Notice, and reset the final hearing date.

    The parties are hereby advised that the Class Notice approved by the Court and attached as an exhibit to the Court's order differs from the parties' proposed Class Notice as follows.

        1.  On page 9, in the first paragraph, a final hearing date of February 3, 2017, at 9:00 a.m. has been inserted.

        2.  On page 10, in the first paragraph, the phrase "detailed Settlement Agreement, which is on file with the Clerk of the Court" has been replaced with the phrase, "Amended Joint Stipulation of Settlement and Release ("Settlement Agreement"), which is attached to the Amended Order Granting Preliminary Approval of Class Action Settlement, Approving Class Notice and Claim Form, and Re-Setting Final Hearing, on

file with the Clerk of the Court."

The parties are hereby DIRECTED to include such revisions in the Class Notice sent to the class.

**IT IS SO ORDERED.**

Dated: September 27, 2016

MAXINE M. CHESNEY
United States District Judge