United States District Court
Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    SANTIAGO RAYA,                        Case No. 15-cv-02005-MMC

            Plaintiff,
9
                                           **ORDER DIRECTING DEFENDANTS TO**
10         v.                              **FILE PROOF OF SERVICE UPON**
                                           **APPROPRIATE FEDERAL AND STATE**
11   AMAZON.COM LLC, et al.,                **OFFICIALS**

12          Defendants.

13

14         Before the Court is the "Motion for Order Granting Final Approval of Class Action

15   Settlement and Entering Judgment," filed October 11, 2016, by plaintiff Santiago Raya on

16   behalf of himself and the proposed class in the above-titled action.

17         Pursuant to 28 U.S.C. § 1715(b), "[n]ot later than 10 days after a proposed

18   settlement of a class action is filed in court, each defendant that is participating in the

19   proposed settlement" must serve notice of the proposed settlement "upon the appropriate

20   [s]tate official of each [s]tate in which a class member resides and the appropriate

21   [f]ederal official."  See 28 U.S.C. § 1715(b) (setting forth the information said notice must

22   contain).   The Court "may not . . . issue" an order granting final approval of the proposed

23   settlement "earlier than 90 days after the later of the dates on which the appropriate

24   [f]ederal official and the appropriate [s]tate official are served with the notice required

25   under [28 U.S.C. § 1715(b)]."  See 28 U.S.C. § 1715(d).  Here, the record does not

26   appear to contain proof of service of the requisite notice.

27         Accordingly, defendants Amazon.com, LLC and Golden State FC, LLC are hereby

28   DIRECTED to file, no later than December 7, 2016, proof of service of the notice required

1    by 28 U.S.C. § 1715(b).

2

3        **IT IS SO ORDERED.**

4

5    Dated: November 22, 2016

6                                                                    MAXINE M. CHESNEY
                                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28