1

2

3

4

5

6

7        **UNITED STATES DISTRICT COURT**

8    **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

9
SANTIAGO RAYA on behalf of himself and ) **CASE NO. 15-CV-02005 MMC**
10   all others similarly situated,                     ) _____
                                                       )
11                           Plaintiffs,                ) **CLASS ACTION**
                                                       )                          DENYING
12              v.                                      ) **[PROPOSED]** ORDER ~~GRANTING~~
                                                       ) **REQUEST FOR TELEPHONIC**
13   AMAZON.COM, LLC, a Delaware Limited                ) **APPEARANCE AT FINAL APPROVAL**
     Liability Company;  GOLDEN STATE FC,               ) **HEARING**
14   LLC, a Delaware Limited Liability Company          )
     and, DOES 1 through 10, inclusive,                 )
15                                                      )
                                                       )
16                                                      )
                                                       ) Complaint filed:     March 18, 2015
17                    Defendants.                        ) Trial date:          None set

18        Before the Court is the request of J. Jason Hill, on behalf of Plaintiff Santiago Raya, to appear

19   via telephone for the February 3, 2017 Final Approval Hearing in the above-captioned matter.  IT IS
                                                       DENIED
20   HEREBY ORDERED that the request is ~~GRANTED~~. The Court does not conduct telephonic

21   hearings on motions.

22   **IT IS SO ORDERED**.

23

24

25   Dated: __January 26__, 2017      _Maxine M. Chesney_

26                                    The Honorable Maxine M. Chesney
                                      United States Magistrate Judge

27

28
                Denying                                    1