UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO RAYA, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>AMAZON.COM, LLC, a Delaware limited liability company; GOLDEN STATE FC, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 3:15-cv-02005-MMC<br><br>**[PROPOSED] ORDER ~~GRANTING~~ DENYING REQUEST FOR TELEPHONIC APPEARANCE AT FINAL APPROVAL HEARING**<br><br>Complaint Filed:  March 18, 2015<br>Removed:            May 4, 2015 |

Before the Court is the request of Richard G. Rosenblatt, on behalf of Defendants Amazon.com, LLC, and Golden State FC, LLC, to appear via telephone for the February 3, 2017 Final Approval Hearing in the above-captioned matter. IT IS HEREBY ORDERED that the request be ~~GRANTED~~ DENIED. The Court does not conduct telephonic hearings on motions.

**IT IS SO ORDERED.**

Dated: __January 26__, 2017

                              HON. MAXINE M. CHESNEY
                              UNITED STATES MAGISTRATE JUDGE