IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTIAGO RAYA,

    Plaintiff,

  v.

AMAZON.COM LLC, et al.,

    Defendants.

Case No. 15-cv-02005-MMC

**ORDER RE: FINAL APPROVAL ORDER; DIRECTIONS TO PARTIES**

Re: Dkt. No. 107

    By order filed separately this date, the Court has granted final approval of the parties' settlement agreement and dismissed the action with prejudice ("Final Order").

    The parties are hereby advised that the Final Order differs from the parties' proposed order in that certain minor changes have been made for purposes of clarification and to correct several typographical errors.

    Accordingly, the parties, in serving or otherwise distributing the Court's order granting final approval and dismissal, are hereby DIRECTED to use the Final Order as filed February 15, 2017. (See Dkt. No. 107.)

**IT IS SO ORDERED.**

Dated: February 15, 2017

MAXINE M. CHESNEY
United States District Judge